**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUAN CARRILLO, Individually,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, CHAD BIANCO, DEPUTY PEREZ and DOES 1-10,<br><br>Defendants. | Case No. 5:20-cv-01040-FMO (SPx)<br>*[Hon. Fernando M. Olguin, District Judge; Hon. Sheri Pym, Magistrate J.]*<br><br>**ORDER ON STIPULATION [32] RE DISMISSAL OF PLAINTIFF'S CLAIMS AND ENTIRE CIVIL ACTION WITH PREJUDICE** |

PURSUANT TO THE JOINT STIPULATION OF THE PARTIES ("Stipulation and Joint Request for Order Dismissing Plaintiff's Claims and Entire Civil Action With Prejudice"), and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice:

**ORDER DISMISSING PLAINTIFF'S CLAIMS AND ENTIRE CIVIL ACTION WITH PREJUDICE.**

1. The Court hereby Orders the dismissal with prejudice of all plaintiff's claims against defendants COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, CHAD BIANCO, and DEPUTY PEREZ in their entirety.

2. To the extent that plaintiff alleges any other claims against any other parties or DOES in this action, the Court hereby Orders the dismissal with prejudice of any and all such claims and causes of action.

3. The Court hereby Orders the dismissal with prejudice of the **entire action** – including all claims by plaintiff against any and all defendants, DOES and/or parties thereto, including all claims against any parties to the above entitled lawsuit.

4. This dismissal constitutes a mutual waiver of all costs, court fees, and attorneys' fees arising out of claims between plaintiff and defendants.

5. The previously set June 2, 2021 Status Conference is hereby vacated.

**IT IS SO ORDERED.**

Dated: May 21, 2021                    _____/s/_____
                                        UNITED STATES DISTRICT JUDGE
                                        FERNANDO M. OLGUIN